928

No. 319. SCHILLING *v.* ROGERS, ATTORNEY GENERAL. On petition for writ of certiorari to the United States Court of Appeals for the District of Columbia Circuit. The motion of Hannah von Bredow et al. for leave to file brief, as *amici curiae,* is denied. *Chisman Hanes* and *Gerald G. Schulsinger* for movants. 

No. 368. HUMBLE OIL & REFINING CO. *v.* FEDERAL POWER COMMISSION. On petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit. The motion to substitute Humble Oil & Refining Company, a Delaware corporation, in the place of Humble Oil & Refining Company, a Texas corporation, is granted. *Carl Illig, William J. Merrill* and *Bernard A. Foster, Jr.* were on the motion. 

No. 495, Misc. HATLER, GENERAL CHAIRMAN OF GENERAL GRIEVANCE COMMITTEE OF THE BROTHERHOOD OF RAILROAD TRAINMEN, HUDSON & MANHATTAN RAILROAD CO., ET AL. *v.* DAWSON, U. S. DISTRICT JUDGE, ET AL. Motion for leave to file petition for writs of mandamus and certiorari denied. *Arnold B. Elkind* for Hatler, petitioner. *William W. Golub* for Stichman, Trustee, in opposition.